1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELLY GOLDSTEIN, | ) | Case No. 2:15-cv-02117-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| MGM RESORTS INTERNATIONAL, et al., | ) | |
| Defendant(s). | ) | |

This case was transferred to this Court on November 5, 2015. *See* Docket No. 13. Counsel shall consult with the local rules of this District and shall file, no later than December 7, 2015, a proposed discovery plan.

IT IS SO ORDERED.

DATED: November 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge