1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KELLY GOLDSTEIN, | ) | Case No. 2:15-cv-02117-GMN-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MGM RESORTS INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16   On November 5, 2015, the Court ordered the parties to submit a discovery plan that complied

17 with the Local Rules of this Court by December 7, 2015. Docket No. 16. Now pending before the Court

18 is a discovery plan filed only by Defendant that indicates Plaintiff's counsel has not responded to

19 Defendant's counsel's inquiries regarding the discovery plan. *See* Docket No. 21 at 2. The Court hereby

20 **ORDERS** Plaintiff's counsel to initiate a telephonic meet-and-confer with Defendant's counsel no later

21 than December 15, 2015. The Court further **ORDERS** that the parties must file a joint discovery plan

22 no later than December 22, 2015.

23   IT IS SO ORDERED.

24   DATED: December 8, 2015

25

26   _____
NANCY J. KOPPE
United States Magistrate Judge

27

28