UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN,<br><br>              Plaintiff(s),<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>              Defendant(s). | Case No. 2:15-cv-02117-GMN-NJK<br><br>ORDER |

Pending before the Court is a discovery plan proposing a discovery period of 365 days calculated from the December 7, 2015. Docket No. 23. The presumptively reasonable discovery period is 180 days calculated from the date of the first defendant's appearance. Local Rule 26-1(e)(1). In this case, Defendants initially appeared on July 7, 2015. Docket No. 4. The parties have failed to provide good cause for the extensive discovery period they seek. Accordingly, the pending discovery plan is hereby **DENIED**. No later than December 28, 2015, the parties shall file an amended discovery plan calculating deadlines as outlined in the Local Rules based on a discovery cutoff of May 3, 2016 (*i.e.*, 180 days from the date the case was transferred to this Court).

      IT IS SO ORDERED.

      DATED: December 23, 2015

                                            _____<br>
                                            NANCY J. KOPPE<br>
                                            United States Magistrate Judge