UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-02117-GMN-NJK<br><br>ORDER |

Preparing a proper discovery plan is a simple task. In this instance, Plaintiff's counsel has now twice failed to comply with the Court's orders by failing to participate in the creation of a discovery plan. *See* Docket No. 22; Docket No. 25 at 2. The Court hereby **ADMONISHES** Plaintiff's counsel and cautions both Plaintiff and Plaintiff's counsel that future violations of court orders or applicable rules may result in the imposition of sanctions, up to and including case-dispositive sanctions.

The Court hereby sets the following schedule:

- Initial Disclosures: January 5, 2015
- Amending the pleadings/adding parties: February 3, 2016
- Expert disclosures: March 4, 2016
- Interim status report: March 4, 2016
- Rebuttal experts: April 4, 2016
- Discovery cutoff: May 3, 2016
- Dispositive motions: June 2, 2016

- Proposed pretrial order: July 1, 2016; or 30 days after decision on any dispositive motions, *see* Local Rule 26-1(e)(5).

IT IS SO ORDERED.

DATED: December 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge