# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN, | Case No. 2:15-cv-02117-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| MGM GRAND HOTEL & CASINO, et al., | (Docket No. 28) |
| Defendant(s). | |

Pending before the Court is the filing by Plaintiff of initial disclosures. Docket No. 28. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the above document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge