UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN,<br>　　　　　Plaintiff(s),<br>vs.<br>MGM GRAND HOTEL & CASINO, et al.,<br>　　　　　Defendant(s). | Case No. 2:15-cv-02117-GMN-NJK<br><br>ORDER |

Pending before the Court is an interim status report filed by Defendants. Docket No. 33. In that status report, Defendants note the failure of Plaintiff and Plaintiff's counsel to comply with court orders and the local rules. *See id.* at 1-2. Defendants also seek dismissal or, alternatively, an extension of the discovery deadlines, in light of those shortcomings. *See id.* at 2. These requests are not made through a motion and are not supported by a memorandum of points and authorities. To the extent Defendants seek dismissal and discovery extensions in their status report, those requests are **DENIED** without prejudice. Defendants may seek that relief through the filing of proper motions supported by points and authorities.[1]

　　　IT IS SO ORDERED.

　　　DATED: March 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to whether dismissal or extension of the discovery deadlines is proper under the circumstances.