1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

KELLY GOLDSTEIN,

                Plaintiff(s),

12

vs.

13

MGM RESORTS INTERNATIONAL, et al.,

14

                Defendant(s).

15

Case No. 2:15-cv-02117-GMN-NJK

ORDER

16        Due to conflicting duties of the Court, the settlement conference is hereby **ADVANCED** to 9:30

17 a.m. on September 12, 2016.  Settlement statements shall be submitted no later than September 6, 2016.

18 All other requirements outlined in the order at Docket No. 40 continue to govern.

19        IT IS SO ORDERED.

20        DATED: August 5, 2016

21

22

23                                  Nancy J. Koppe
                                 United States Magistrate Judge

24

25

26

27

28