# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN,<br>　　　　　　Plaintiff(s),<br>vs.<br>MGM GRAND HOTEL & CASINO, et al.,<br>　　　　　　Defendant(s). | Case No. 2:15-cv-02117-GMN-NJK<br>ORDER<br>(Docket No. 45) |

Pending before the Court is Plaintiff's motion to continue the settlement conference and related dates. Docket No. 45.  The Court hereby **SETS** a telephonic hearing on this motion for September 2, 2016, at 9:00 a.m.  Counsel <u>and all other required attendees for the settlement conference</u> shall appear at the hearing.  Plaintiff's counsel shall be prepared to explain why he waited to file this motion until this late date based on pre-existing vacation plans.  *Cf.* Docket No. 40 at 1 n.1 (requiring requests to reschedule the settlement conference be made within seven days of the issuance of the order setting it); *see also* Docket No. 44 (order issued August 5, 2016, advancing settlement conference and stating that the requirements in Docket No. 40 continue to govern).  Moreover, counsel shall be prepared to explain how the settlement conference could be continued for two months as requested in light of the trial date already set in this case.  *Compare* Docket No. 45 at 3 (requesting settlement conference in November) *with* Docket No. 43 (setting trial for October 31, 2016).

Counsel and the other required attendees shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is

6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: September 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2