# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN, | Case No. 2:15-cv-02117-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendant(s). | |

In violation of the Court's order setting the settlement conference and of the Local Rules, attorney James McGuire telephoned the undersigned's chambers this morning regarding his contention that Plaintiff will not be able to personally attend the settlement conference scheduled for tomorrow.[1] The Court hereby **ORDERS** Plaintiff's motion for relief regarding the settlement conference must be filed by noon today, October 6, 2016. The Court further **SETS** a telephonic hearing on the matter for

---

[1] The Court has on numerous occasions warned Mr. McGuire that he must follow court orders and applicable rules. *See, e.g.*, Docket No. 48 at 1 ("**the Court expects STRICT compliance with the requirements outlined for the settlement conference in Docket No. 40**" (emphasis in original)); *id.* at 3 ("**Mr. McGuire should anticipate that the current violations will be the last that are not met with monetary sanctions or other more significant sanctions, including case-dispositive sanctions. The Court expects strict compliance with its orders and all applicable rules moving forward**"). The order governing the settlement conference provides that "**[a]ny request for an exception to the above personal attendance requirements must be filed and served on all parties**." Docket No. 40 at 2 (emphasis in original); *see also id.* (any request to change the date of the settlement conference "must be in writing"). The local rules also prohibit *ex parte* communications. Local Rule IA 7-2.

2:00 p.m. today.  **Mr. McGuire and Plaintiff must both appear for that hearing.**  Counsel and Plaintiff shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

Given the short notice, the Court also **INSTRUCTS** the Clerk's Office to call Defendants' counsel immediately that this hearing is being set.

IT IS SO ORDERED.

DATED: October 6, 2016

_____
Nancy J. Koppe
United States Magistrate Judge