# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN, ) <br>           Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> MGM RESORTS INTERNATIONAL, et al., ) <br>           Defendant(s). ) | Case No. 2:15-cv-02117-GMN-NJK <br><br> ORDER |

A settlement conference is set in this case for tomorrow, October 28, 2016, and trial is set for Monday, October 31, 2016. The Clerk's Office received a telephone call this morning indicating that Plaintiff may be intending to dismiss the case. As of this time, however, the Court has not received any formal filing on that issue, or whether the parties intend for the settlement conference and/or trial to proceed as currently scheduled. The Court hereby **ORDERS** the parties to file a status report by 3:00 p.m. today, October 27, 2016. The Clerk's Office is **INSTRUCTED** to electronically serve this order on defense counsel and on Plaintiff at the email address provided in Docket No. 65.

**Unless and until the Court rules otherwise, the settlement conference and the trial remain set as currently scheduled.**

IT IS SO ORDERED.

DATED: October 27, 2016

                                                                         _____
                                                                         Nancy J. Koppe
                                                                         United States Magistrate Judge