# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GOLDSTEIN, <br>     Plaintiff(s), <br> vs. <br> MGM RESORTS INTERNATIONAL, et al., <br>     Defendant(s). | Case No. 2:15-cv-02117-GMN-NJK <br><br> ORDER |

A settlement conference is set in this case for tomorrow, October 28, 2016, and trial is set for Monday, October 31, 2016. Defendants have filed a status report indicating that Plaintiff wishes to dismiss this case. Docket No. 67. Plaintiff herself indicated that she is ready to execute dismissal papers "immediately," and it appears defense counsel is sending the dismissal paperwork to her today. *Id.* at 3. As a result, the Court **ORDERS** a stipulation of dismissal be filed by 9:00 a.m. tomorrow, October 28, 2016. If dismissal papers are filed by that time, the settlement conference will be automatically vacated without further court order. If dismissal papers are not filed by that time, the settlement conference will proceed at 9:30 a.m. on October 28, 2016.

IT IS SO ORDERED.

DATED: October 27, 2016

_____
Nancy J. Koppe
United States Magistrate Judge